UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware limited liability company, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, MOTOWN RECORD COMPANY, L.P., a California limited partnership, and UMG RECORDINGS, INC., a Delaware corporation,<br><br>   Plaintiffs,<br><br> v.<br><br>THERESA ROBINSON,<br><br>   Defendant. | Case No. 06-cv-4061-JPG |

## JUDGMENT

This matter having come before the Court upon plaintiffs' notice of dismissal, and the Court having found that plaintiffs have voluntarily dismissed this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: October 3, 2006**

                  **NORBERT JAWORSKI**

                  **By:s/Deborah Agans, Deputy Clerk**


**Approved: s/ J. Phil Gilbert**
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**